**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MONROE JONES,** | **No. C-12-3062 TEH (PR)** |
| **Plaintiff,** | **ORDER OF DISMISSAL** |
| **v.** | |
| **DOCTOR VIVAS, et al.,** | |
| **Defendants.** | |
| / | |

On June 15, 2012, Plaintiff Monroe Jones, an inmate at San Francisco County Jail, filed this pro se civil rights case. On August 9, 2012, the Court issued an order to show cause in this case. On August 20, 2012, the mail that was sent to Plaintiff was returned by the post office as undeliverable.

Because sixty days have passed since the Court's mail to Plaintiff was returned as undeliverable, and the Court has received no written communication from Plaintiff indicating a current address, the case is dismissed without prejudice pursuant to Civil

Local Rule 3-11(b).

The Clerk shall close the file.

IT IS SO ORDERED.

DATED *11/05/2012*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.12\Monroe Jones 12-3062-Dis Retd Mail.wpd

2