IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONROE JONES,

      Plaintiff,

    v.

DOCTOR VIVAS, et al.,

      Defendants.

No. C-12-3062 TEH (PR)

ORDER RE-OPENING CASE AND RE-INSTATING ORDER TO SHOW CAUSE

On November 6, 2012, this civil rights action was dismissed under Civil Local Rule 3-11(b) because sixty days had passed since the Court's mail to Plaintiff had been returned as undeliverable and the Court had not received a written communication from him indicating a current address. The mail that was returned as undeliverable was an Order to Show Cause that was filed on August 9, 2012.

On November 14, 2012, Plaintiff filed an "objection" to the dismissal order, asking that his case be re-opened and the Order

1  to Show cause be re-instated.  He states that, when he filed his
2  complaint in April 2012, he was housed in the San Francisco County
3  Jail, but he was released on October 22, 2012.  He states that his
4  address is now: Monroe Jones; General Delivery; San Francisco,
5  California, 94142.  The Court notes, however, that the return
6  address on Plaintiff's envelop still indicates that he is at the San
7  Francisco County Jail.
8           Now that Plaintiff has informed the Court of his new
9  address, in the interests of justice, the Court orders that his case
10 be re-opened and the Order to Show Cause be reinstated.
11          The Clerk of the Court shall send a copy of the Order to
12 Show Cause with this Order to Plaintiff at his new address cited
13 above and, in an abundance of caution, at his address at the San
14 Francisco County Jail.  Plaintiff has thirty (30) days from the date
15 of this Order to respond to the Order to Show Cause to show why <u>in
16 forma pauperis</u> status should not be denied and this action should
17 not be dismissed pursuant to 28 U.S.C. § 1915(g).  At the same time
18 Plaintiff responds to the Order to Show Cause, he shall inform the
19 Court of his correct address.
20          IT IS SO ORDERED.
21
22 DATED    _11/19/2012_                  _____
                                           THELTON E. HENDERSON
23                                         United States District Judge

G:\PRO-SE\TEH\CR.12\Jones 12-3062-Reopen Case.wpd

2