IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONROE JONES, | No. C-12-3062 TEH (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| DOCTOR VIVAS, et al., | |
| Defendants. | |

On November 6, 2012, this civil rights action was dismissed under Civil Local Rule 3-11(b) because sixty days had passed since the Court's mail to Plaintiff had been returned as undeliverable and the Court had not received a written communication from him indicating a current address. (Dkt #7). The mail that was returned as undeliverable was an Order to Show Cause that was filed on August 9, 2012. On November 14, 2012, Plaintiff filed an "objection" to the dismissal order, asking that his case be re-opened and the Order to Show cause be reinstated. (Dkt. #8). He stated that, when he filed his complaint in April 2012, he was housed in the San Francisco County Jail, but he was released on October 22, 2012 and that his new address was: Monroe Jones; General Delivery; San Francisco, California, 94142.

On November 20, 2012, the Court issued an Order Reopening

the Case and Re-instating the Order to Show Cause. (Dkt. #9). In an abundance of caution, the Court ordered the Clerk of the Court to send a copy of the Order Reopening the Case and the Order to Show Cause to Plaintiff's new address and to his address at the San Francisco County Jail.

On November 29, 2012, the mail that was sent to Plaintiff at the San Francisco County Jail was returned as undeliverable. (Dkt. #10). On December 18, 2012, Plaintiff filed a notice of change of address providing the same address he had given in his objection: Monroe Jones; General Delivery; San Francisco, California, 94142. (Dkt. #11). On December 26, 2012, the mail that had been sent to Plaintiff at his General Delivery address was returned as undeliverable. (Dkt. #12).

Because sixty days have passed since the Court's mail to Plaintiff was returned as undeliverable, and the Court has received no further written communication from Plaintiff indicating a current address, the case is dismissed without prejudice pursuant to Civil Local Rule 3-11(b).

The Clerk shall close the file.

IT IS SO ORDERED.

DATED   *03/18/2013*

THELTON E. HENDERSON
United States District Judge

`G:\PRO-SE\TEH\CR.12\Jones 12-3062-Dis 2x Ret'd Mail .wpd`

2